UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA
2008 FEB 14  P 2: 20

SIGN_____
BY DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| VERSUS | CRIMINAL ACTION |
| LARRY DINELL DAVIS | NO. 99-18-JVP-SCR |

### RULING ON MOTION

This matter is before the court on a "response to opposition and denial to waive fine" by defendant, Larry Dinell Davis, (doc. 39) which the court will treat as a motion to reconsider its January 8, 2008 denial of defendant's motion to vacate sentence (doc. 38). The government opposes the motion (doc. 41). There is no need for oral argument.

Defendant's arguments are identical to those made in the original motion to vacate his sentence (financial hardship), and he has failed to provide any legal authority questioning the validity of the court's ruling. The court reiterates the reasons given in the ruling it is now being asked to consider, and defendant's motion (doc. 39) is hereby **DENIED**.

This ruling is the third time the court has had to consider (and reconsider) defendant's request for a reduction or waiver of the original fine imposed upon him at sentencing (docs. 31, 33, & 39). It may come as a surprise to defendant, but he does not get unlimited "bites at the apple" in attempting to avoid paying the fine as

1


Operation
DG

a part of his sentence. Accordingly, the Clerk of Court is hereby instructed not to accept any future filings by defendant requesting waiver or reduction of his fine.

Baton Rouge, Louisiana, February 14, 2008.

/s/ John V. Parker
JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA